UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

JAMES MICHAEL ROBINSON,                )
                                        )
      Plaintiff,                        )
                                        )
v.                                      )    No. 1:23-CV-201-DCP
                                        )
COMMISSIONER OF SOCIAL SECURITY,        )
                                        )
      Defendant.                        )

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Court **AFFIRMS** the decision of the Commissioner. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT